03-CV-02579-ORD

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCHELINO PALPALLATOC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | NO. CV03-2579<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS |

Pursuant to the Stipulated Motion to Extend Deadline to File Dispositive Motions filed with the Court on August 5, 2004, it is hereby ORDERED that the deadline by which all dispositive motions must be filed is now September 9, 2004. All other deadlines contained in the Minute Order Setting Trial Date and Related Dates remain unchanged.

ORDER- 1
(CAUSE NO:CV03-2579 Z)

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 583-8888
Fax: (206) 583-8500

DATED this 9th day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

| **PERKINS COIE** | **MARY RUTH MANN & ASSOCIATES** |
|---|---|
| /s/ Frederick B. Rivera | /s/Mary Ruth Mann |
| Frederick B. Rivera | Mary Ruth Mann |
| State Bar Number: 23008 | State Bar Number: 9343 |
| 1201 Third Avenue, Suite 4800 | 615 Second Avenue, Suite 760 |
| Seattle, WA 98101-3099 | Seattle, WA 98104 |
| Telephone: 206-359-8000 | Telephone: 206-587-2700 |
| Fax: 206-359-9000 | Fax: 206-587-0262 |
| E-mail: FRivera@perkinscoie.com | E-mail: mrmann@mrmannlaw.com |
| Attorneys for Defendant The Boeing Company | Attorneys for Plaintiff Archelino Palpallatoc |

ORDER- 2
(CAUSE NO:CV03-2579 Z)