FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 24 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARCHELINO PALPALLATOC,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

NO. CV03-2579

ORDER OF DISMISSAL WITH PREJUDICE

### ORDER

Based on the stipulation of the parties, all claims in this action are dismissed with prejudice and without costs or fees.

IT IS SO ORDERED this 20th day of September, 2004.

_____
James L. Robart
U.S. District Court Judge

03-CV-02579-ORD

ORDER OF DISMISSAL
WITH PREJUDICE - 1
(CAUSE NO:CV03-2579)

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 583-8888
Fax: (206) 583-8500